UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | 2:15-cv-07795-KES | **Date** | December 20, 2016 |
| **Title** | ANTHONY E. TADMAN v. CAROLYN W. COLVIN | | |

**Present: The Honorable**  Karen E. Scott, United States Magistrate Judge

| Jazmin Dorado | n/a |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |
| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
| n/a | n/a |

**Proceedings:**  (In Chambers) Order to Show Cause why case should not be dismissed for lack of prosecution

     On December 19, 2016, Defendant filed a notice advising the Court after four requests for extensions by Plaintiff, the parties' Joint Stipulation was due on or before December 19, 2016.  (Dkt. 27.)  Defendant has emailed Plaintiff multiple times inquiring into the status of the Joint Stipulation, but has not received a response.  (Id.)

     Plaintiff's counsel has advised the Court of his wife's terminal illness.  Plaintiff's counsel shall work with defense counsel to file a Joint Stipulation on or before **January 19, 2017**, or show cause why that deadline cannot reasonably be met.

     Initials of Clerk    jd